UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAUL JONES

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

CIVIL ACTION NO.   1:13-cv-11277-GAO

## CORPORATE DISCLOSURE STATEMENT OF DIVERSIFIED CONSULTANTS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the Defendant, Diversified Consultants, Inc. states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

DIVERSIFIED CONSULTANTS, INC.

By its attorneys,

/s/ Alan K. Tannenwald
John J. O'Connor, BBO #555251
Alan K. Tannenwald, BBO #672375
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
Telephone: (617) 951-2100
joconnor@peabodyarnold.com
atannenwald@peabodyarnold.com

DATED:      June 4, 2013

## CERTIFICATE OF SERVICE

    I, Alan K. Tannenwald, do hereby certify, that I have, this 4th day of June, 2013, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Paul Jones
60 State Street, #400
Boston, MA 02109

and

572 Park Street
Stoughton, MA 02072

/s/ Alan K. Tannenwald

793045_1
15874-97276