UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:13-cv-11277-GAO |

## ANSWER OF DEFENDANT DIVERSIFIED CONSULTANTS, INC. TO PLAINTIFF'S STATEMENT OF SMALL CLAIM

The Defendant, Diversified Consultants, Inc. ("Diversified"), denies the allegations contained in the Plaintiff, Paul Jones' ("Plaintiff") Statement of Small Claim.

WHEREFORE, the defendant says that the Plaintiff's Statement of Small Claim against it should be dismissed and that judgment should enter for Diversified, together with its costs.

### First Affirmative Defense

Diversified says that the Statement of Small Claim should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

### Second Affirmative Defense

Diversified says that the complained of telephone call(s) were not made using an automatic telephone dialing system and that, as such, any claims under the Telephone Consumer Protection Act ("TCPA") are barred as a matter of law.

### Third Affirmative Defense

Diversified says that the Statement of Small Claim should be dismissed for failure to comply with the requirements of M.G.L. c. 93A.

### Fourth Affirmative Defense

Diversified says that it has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations implementing the Telephone Consumer Protection Act ("TCPA") and that any violations thereof by Diversified were inadvertent.

### Fifth Affirmative Defense

Diversified says that the complained of conduct did not occur in the Commonwealth of Massachusetts.

### Sixth Affirmative Defense

Diversified says that the Plaintiff was not charged for the complained of telephone call(s).

### Seventh Affirmative Defense

Diversified says that the complained of telephone call(s) were made to residential land-based telephones.

### Eighth Affirmative Defense

Diversified says that the Statement of Small Claim should be dismissed insofar as the Plaintiff has suffered no damages.

### Ninth Affirmative Defense

Diversified says that the Plaintiff consented to receiving the complained of telephone call(s) at the number to which the call(s) were made.

### Tenth Affirmative Defense

Diversified says that the Statement of Small Claim should be dismissed insofar as the Statement of Claim is frivolous in nature.

For the foregoing reasons, the Defendant prays as follows:

1. That Plaintiff's Statement of Small Claim be dismissed with prejudice as to this Defendant;

2. That the Plaintiff be ordered to pay this Defendant's costs and expenses; and

3. That such other and further relief be entered as deemed just and proper.

Respectfully submitted,

DIVERSIFIED CONSULTANTS, INC.

By its attorneys,

/s/ Alan K. Tannenwald
John J. O'Connor, BBO #555251
Alan K. Tannenwald, BBO #672375
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: (617) 951-2100
joconnor@peabodyarnold.com
atannenwald@peabodyarnold.com

DATED: June 6, 2013

## CERTIFICATE OF SERVICE

I, Alan K. Tannenwald, do hereby certify, that I have, this 6th day of June, 2013, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Paul Jones
60 State Street, #400
Boston, MA 02109

and

572 Park Street
Stoughton, MA 02072

/s/ Alan K. Tannenwald

795102_1
15874-97276

3