UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



PAUL M JONES

Plaintiff                              Civil Action No. **1:13-cv-11277-GAO**

V.

DIVERSIFIED CONSULTANTS, INC

Defendant

### NOTICE OF CHANGE OF ADDRESS

Plaintiff (Paul Jones) files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to: Paul Jones 572 Park Street, Stoughton, Ma 02072.

Dated: June 26, 2013

Respectfully submitted,

Paul Jones

572 Park Street

Stoughton, Ma 02072

### Certificate of Service

I hereby certify that a true and correct copy of the Notice of Change of Address was furnished via U.S. Mail and email to:

Alan K. Tannenwald
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

617-951-2071
Fax: (617) 235-3571
Email: atannenwald@peabodyarnold.com

John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2100
Fax: 617-951-2125
Email: joconnor@peabodyarnold.com

Dated: June 26, 2013

Respectfully submitted,

Paul Jones

572 Park Street

Stoughton, Ma 02072