UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>       Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 1:13-cv-11277-GAO |

## MOTION OF DEFENDANT DIVERSIFIED CONSULTANTS, INC. FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, Diversified Consultants, Inc. ("DCI"), moves for summary judgment as to all claims made by the plaintiff, Paul Jones ("Jones" or "Plaintiff") in this action, including *inter alia* the Telephone Consumer Protection Act ("TCPA"), Massachusetts Wiretapping Statute and M.G.L. c. 93A claims raised in the Plaintiff's Statement of Small Claim and the Fair Debt Collection Practices Act ("FDCPA") claims first raised in Jones' proposed First Amended Complaint.

In support of this Motion, DCI notes that there is no dispute as to any material fact and, on the undisputed facts, it is entitled to summary judgment as to all of the Plaintiff's claims against it. In further support of this Motion, DCI submits the accompanying Memorandum of Defendant Diversified Consultants, Inc. in Support of its Motion for Summary Judgment, Local Rule 56.1 Statement of Undisputed Material Facts, Affidavit of Mavis Pyle and Affidavit of Jamie Sullivan.

For all the foregoing reasons and the reasons provided in the accompanying materials, this Motion should be allowed and an Order should issue granting summary judgment dismissing all claims and counts against DCI.

## REQUEST FOR ORAL ARGUMENT

DCI requests a hearing on its Motion for Summary Judgment.

DIVERSIFIED CONSULTANTS, INC.

By its attorneys,

/s/ Alan K. Tannenwald
John J. O'Connor, Esq.
BBO #555251
Alan K. Tannenwald , Esq.
BBO #672375
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
Telephone: (617) 951-2100
joconnor@peabodyarnold.com
atannenwald@peabodyarnold.com

DATED:      July 2, 2013

## **CERTIFICATE OF SERVICE**

I, Alan K. Tannenwald, do hereby certify, that I have, this 2nd day of July, 2013, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Paul Jones<br>
572 Park Street<br>
Stoughton, MA  02072

/s/ Alan K. Tannenwald

798545_1
15874-97276