UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                        Civil Action No.1:13-cv-11277-GAO

DIVERSIFIED CONSULTANTS

**OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT**

Now comes the plaintiff (Paul Jones) to move the court to strike defendants motion for summary judgment because it is untimely.

Plaintiff & Defendant has not even had a 26F or scheduling Conference and plaintiff has not even had a chance to propound discovery upon the defendant.

Plaintiff has also filed a motion to consolidate cases and a Motion for leave to file first Amended Complaint in this matter and it has yet to be addressed by the courts, Judge Gorton has scheduled a hearing on August 13, 2013 is the first case to be heard on the Motion to consolidate.

Plaintiff ask the court to strike or rule that the Motion for Summary Judgment is untimely or put it off until the prose plaintiff has had the opportunity to propound discovery upon the defendant or the motion to consolidate has been heard by Judge Gorton on August 13, 2013 in this matter.

Respectfully Submitted

Prose Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com



**Alan K. Tannenwald**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2071

Fax: (617) 235-3571

Email: atannenwald@peabodyarnold.com



**John J. O'Connor**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2100
Fax: 617-951-2125
Email: joconnor@peabodyarnold.com

617-951-2100

Fax: 617-951-2125

Email: joconnor@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, Paul Jones do hereby certify that I have emailed & mailed a copy of the above motion on this 22nd day of July to the attorney of record John O'Connor and Alan K. Tannenward by first class mail to the address below and email below.

Respectfully Submitted

Prose Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

**Alan K. Tannenwald**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
617-951-2071
Fax: (617) 235-3571
Email: atannenwald@peabodyarnold.com

**John J. O'Connor**
Peabody & Arnold LLP