UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff            Civil Action No. 13-CV-11277 GAO

V.

DIVERSIFIED CONSULTANT, INC

Defendants

## PLAINTIFF RESPONSE TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE

Plaintiff ("Paul Jones") hereby opposes Defendants DIVERSIFIED CONSULTANT, INC (hereafter Diversified) Opposition to Plaintiffs Motion to Consolidate, and as grounds states as follows:

### I. Summary of Argument

Plaintiff initially filed six individual lawsuits against Diversified Consultants, FMA Alliance, Ltd., GC Services, LP, Central Portfolio Control, Client Services, Inc., and Financial Recovery Solutions in Boston Municipal Small Claims Court. In each individual action, Plaintiff alleged violations of the Telephone Consumer Protection Act ("TCPA"), Chapter 93A, and violation of the Massachusetts Wiretapping statute. The various defendants subsequently removed the individual complaints to the United States District Court for the District of Massachusetts.

Although Plaintiff initially filed these claims separately, Plaintiff, in his suit against Diversified, has now moved to amend his complaint and consolidate the six separate and related lawsuits.

As of today's date of September 15, 2013 2 of the defendants have settled their cases with the plaintiff, there are only 4 defendants left that are represented by two law firms.

A review of the cases reveals that consolidation is appropriate.

The cases share common issues of fact which justify consolidation.

The alleged phone calls which are the subject of the respective complaints took place during the same period of time and the same numbers were called by the debt collectors and all the debts were nonexistent meaning the phone calls were for someone else other than the plaintiff, also the nonexistent debts were passed around to different debt collectors.

Furthermore, Plaintiff Motion to Consolidate & 1st Amended Complaint does not allege that the defendants acted in concert in any way, or that any of the actions of one defendant can be imputed to another.

From a legal standpoint, the analysis of Plaintiff's various claims under the Fair Debt Collection Practices Act ("FDCPA") and the TCPA are fact-specific to each defendant, thus requiring a differing evidentiary analysis for each defendant. "In exercising its discretion, the court should consider whether judicial efficiency is best served by consolidation.

Complaints make the same allegations and bring similar counts.

The complaint is against different defendants and involves the same questions of law and fact.

The only significant difference in the complaint is the named plaintiffs.

Both cases involve identical violations and the motions to consolidate also names four of the remaining defendants that are represented by two different law firms.

Federal Rule of Civil Procedure 42(a) allows a court to consolidate "any or all the matters in issue in the actions" if the actions involve a "common question of law or fact." The decision whether to consolidate such actions is left to the sound discretion of the trial court. Shump v. Balka, 574 F.2d 1341, 1344 (10th Cir. 1978). In exercising its discretion, the court should consider whether judicial efficiency is best served by consolidation. Johnson v. Unified Gov't, No. 99-2407-JWL, 1999 WL 1096038, at *1 (D. Kan. Nov. 16, 1999).

For that reason plaintiff request the court to allow his motion to consolidate the first amended complaint.

Plaintiff believes that judicial efficiency would be best served by consolidation.

Plaintiffs requested a jury trial and designated Massachusetts Federal Court as the location for trial. Plaintiff hopes the court will find that the four cases should be consolidated.

    Respectfully submitted

    Paul Jones

    572 Park Street

    Stoughton, Ma 02072

    John J. O'Connor

    Alan K. Tannenwald

    Peabody & Arnold LLP

    Federal Reserve Plaza

    600 Atlantic Avenue

    Boston, Ma 02210-2261

    joconnor@peabodyarnold.com

atannenwald@peabodyarold.com

*[signature]*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                                                   Civil Action No.13-CV-11277

      V.

DIVERSIFIED CONSULTANT, INC

Defendants

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail September 16, 2013.

    Respectfully submitted

    Paul Jones

    572 Park Street

    Stoughton, Ma 02072

    John J. O'Connor

    Alan K. Tannenwald

    Peabody & Arnold LLP

    Federal Reserve Plaza

    600 Atlantic Avenue

    Boston, Ma 02210-2261

    joconnor@peabodyarnold.com

    atannenwald@peabodyarnold.com