UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | CIVIL ACTION NO.   1:13-cv-11277-GAO |

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

The defendant Diversified Consultants, Inc. ("Diversified") has moved for summary judgment dismissing all claims, and that Motion is pending.  Meanwhile, this Court has just issued a decision in another suit that dismisses the same claims brought by the same plaintiff, and lends further support to the Motion filed in this case by Diversified.  That decision is <u>Jones v. FMA Alliance, Ltd.</u>, 2013 WL 5719515 (D. MA, Oct. 17, 2013).  Diversified commends the <u>FMA Alliance</u> decision to the Court's attention.  For all the reasons provided by Diversified in its initial Motion and supporting materials, and in the new <u>FMA Alliance</u> decision, the instant suit is meritless, and Diversified's pending Motion should be granted and all claims against it dismissed.

|  |  |
|---|---|
|  | DIVERSIFIED CONSULTANTS, INC.<br>By its attorneys, |
| Dated: November 13, 2013 | /s/ John J. O'Connor<br>John J. O'Connor<br>BBO #555251<br>PEABODY & ARNOLD LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Telephone: (617) 951-2100<br>joconnor@peabodyarnold.com |

## CERTIFICATE OF SERVICE

      I, John J. O'Connor, do hereby certify, that I have, this 13th day of November, 2013, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Paul Jones
572 Park Street
Stoughton, MA  02072

                                              /s/ John J O'Connor
                                              John J. O'Connor

810139_1
15874- 97276