UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | CIVIL ACTION NO.   1:13-cv-11277-GAO |

**OPPOSITION OF DIVERSIFIED CONSULTANTS, INC. TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

The pro se plaintiff Paul Jones has moved for leave to amend his complaint.  The Motion should be summarily denied for the following reasons:

1.  The plaintiff has ignored his obligation under Local Rule 7.1 to confer prior to filing this Motion.  There has been no communication of the sort required by the Rule.  There is no certification in the Motion as required by the Rule.  For this reason alone the Motion should be denied.

2.  In any event, the Motion is futile.  For the reasons given by Diversified in its pending Motion for Summary Judgment and its Supplemental Memorandum in Support of its Motion for Summary Judgment (Docket entries 11, 12, 13, 21-22), the plaintiff's original complaint and his proposed amended complaint present no jury claim and are subject to judgment of dismissal as a matter of law.  The proposed change that the plaintiff says he would like to make -- to revise the number of allegedly violative phone calls made by Diversified -- is of no relevance to the Motion for Summary Judgment, does not respond to the points made in the Motion, and provides no reason why the Motion should be denied.  The summary judgment

arguments require judgment of dismissal as a matter of law.  Accordingly, the motion to amend is futile.

   3. Even as amended, the proposed complaint does not give rise to a jury question and is subject to summary judgment for all of the reasons previously provided by Diversified. As explained by Diversified in its prior submissions on the subject, all claims against Diversified are meritless.

   For all of the foregoing reasons, the plaintiff's Motion to Amend should be denied.

|  |  |
|---|---|
|  | DIVERSIFIED CONSULTANTS, INC.<br>By its attorneys, |
| Dated: December 12, 2013 | /s/ John J. O'Connor<br>John J. O'Connor<br>BBO #555251<br>PEABODY & ARNOLD LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Telephone: (617) 951-2100<br>joconnor@peabodyarnold.com |

**CERTIFICATE OF SERVICE**

      I, John J. O'Connor, do hereby certify, that I have, this 12th day of December, 2013, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Paul Jones
572 Park Street
Stoughton, MA  02072

                                        /s/ John J O'Connor
                                        John J. O'Connor

812100_1
15874-97276