UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAUL JONES

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

CIVIL ACTION NO.   1:13-cv-11277-GAO

## ANSWER OF DEFENDANT DIVERSIFIED CONSULTANTS, INC.
## TO PLAINTIFF'S FIRST AMENDED COMPLAINT

The defendant Diversified Consultants, Inc. ("Diversified") answers the First Amended

Complaint of Paul Jones as follows:

### PARTIES

1.     Diversified is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

2.     Diversified admits that its principal place of business is in Florida, but denies the remaining allegations contained in this paragraph.

### JURISDICTION

3.     Diversified denies the allegations contained in this paragraph.

4.     Diversified denies the allegations contained in this paragraph.

### FACTS

5.     Diversified denies the allegations contained in this paragraph.

6.     Diversified denies the allegations contained in this paragraph.

7.     Diversified denies the allegations contained in this paragraph.

8.     Diversified denies the allegations contained in this paragraph.

9.      Diversified denies the allegations contained in this paragraph.

10.     Diversified denies the allegations contained in this paragraph.

11.     Diversified denies the allegations contained in this paragraph.

12.     Diversified denies the allegations contained in this paragraph.

13.     Diversified denies the allegations contained in this paragraph.

14.     Diversified denies the allegations contained in this paragraph.

15.     Diversified denies the allegations contained in this paragraph.

16.     Diversified lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17.     Diversified denies the allegations contained in this paragraph.

18.     Diversified denies the allegations contained in this paragraph.

19.     Diversified denies the allegations contained in this paragraph.

20.     Diversified denies the allegations contained in this paragraph.

21.     Diversified denies the allegations contained in this paragraph.

22.     Diversified denies the allegations contained in this paragraph.

23.     Diversified denies the allegations contained in this paragraph.

24.     Diversified denies the allegations contained in this paragraph.

25.     Diversified lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

26.     Diversified lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

27.     Diversified denies the allegations contained in this paragraph.

28.     Diversified denies the allegations contained in this paragraph.

29.     Diversified lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

30.     Diversified denies the allegations contained in this paragraph.

31.     Diversified denies the allegations contained in this paragraph.

32.     Diversified denies the allegations contained in this paragraph.

33.     Diversified lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

34.     Diversified denies the allegations contained in this paragraph.

35.     Diversified denies the allegations contained in this paragraph.

36.     Diversified denies the allegations contained in this paragraph.

37.     Diversified denies the allegations contained in this paragraph.

38.     Diversified denies the allegations contained in this paragraph.

39.     Diversified denies the allegations contained in this paragraph.

<u>CAUSES OF ACTION</u>

<u>COUNT I</u>

<u>VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT
47 U.S.C. §227(b)(3) BY DEFENDANT DIVERSIFIED</u>

40.     Diversified repeats and incorporates all of its prior responses.

41.     Diversified admits that the statute speaks for itself, but otherwise denies the allegations contained in this paragraph.

42.     Diversified denies the allegations contained in this paragraph.

43.     Diversified denies the allegations contained in this paragraph.

44.     Diversified denies the allegations contained in this paragraph.

45.     Diversified denies the allegations contained in this paragraph.

46.     Diversified denies the allegations contained in this paragraph.

47.     Diversified denies the allegations contained in this paragraph.

48.     Diversified denies the allegations contained in this paragraph.

49.     Diversified denies the allegations contained in this paragraph.

50.     Diversified denies the allegations contained in this paragraph.

## COUNT II

### VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT
### 47 U.S.C. §227(c) BY DEFENDANT DIVERSIFIED

51.     Diversified repeats and incorporates all of its prior responses.

52.     Diversified denies the allegations contained in this paragraph.

53.     Diversified denies the allegations contained in this paragraph.

54.     Diversified denies the allegations contained in this paragraph.

55.     Diversified denies the allegations contained in this paragraph.

56.     Diversified denies the allegations contained in this paragraph.

57.     Diversified denies the allegations contained in this paragraph.

58.     Diversified denies the allegations contained in this paragraph.

59.     Diversified denies the allegations contained in this paragraph.

60.     Diversified denies the allegations contained in this paragraph.

61.     Diversified denies the allegations contained in this paragraph.

62.     Diversified denies the allegations contained in this paragraph.

63.     Diversified denies the allegations contained in this paragraph.

64.     Diversified denies the allegations contained in this paragraph.

65.     Diversified denies the allegations contained in this paragraph.

66.     Diversified denies the allegations contained in this paragraph.

67.     Diversified denies the allegations contained in this paragraph.

## COUNT III

### VIOLATION OF THE FAIR DEBT COLLECTION
### PRACTICES ACT (FDCPA), 15 U.S.C. §1681 BY DEFENDANT DIVERSIFIED

68.     Diversified repeats and incorporates all of its prior responses.

69.     Diversified denies the allegations contained in this paragraph.

70.     Diversified denies the allegations contained in this paragraph.

71.     Diversified denies the allegations contained in this paragraph.

72.     Diversified denies the allegations contained in this paragraph.

73.     Diversified denies the allegations contained in this paragraph.

74.     Diversified denies the allegations contained in this paragraph.

75.     Diversified denies the allegations contained in this paragraph.

76.     Diversified denies the allegations contained in this paragraph.

77.     Diversified denies the allegations contained in this paragraph.

78.     Diversified denies the allegations contained in this paragraph.

79.     Diversified denies the allegations contained in this paragraph.

80.     Diversified denies the allegations contained in this paragraph.

81.     Diversified denies the allegations contained in this paragraph.

82.     Diversified denies the allegations contained in this paragraph.

## COUNT IV

### VIOLATION OF MCPA MGL c. 93A § 2 et seq. BY EMPLOYING UNFAIR & DECEPTIVE ACTS BY DIVERSIFIED CONSULTANTS

83.     Diversified repeats and incorporates all of its prior responses.

84.     Diversified denies the allegations contained in this paragraph.

85.     Diversified admits that the regulation speaks for itself, but denies the remaining allegations contained in this paragraph.

86.     Diversified denies the allegations contained in this paragraph.

87.     Diversified denies the allegations contained in this paragraph.

88.     Diversified denies the allegations contained in this paragraph.

89.     Diversified denies the allegations contained in this paragraph.

90.     Diversified denies the allegations contained in this paragraph.

91.     Diversified denies the allegations contained in this paragraph.

92.     Diversified denies the allegations contained in this paragraph.

93.     Diversified denies the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

### First

The Complaint fails to state a claim upon which relief may be granted.

### Second

All claims are barred by applicable statutes of limitations.

### Third

All claims are barred by the doctrines of estoppel, waiver, laches and failure to mitigate.

### Fourth

The complained of telephone call(s) were not made using an automatic telephone dialing system and any claims under the Telephone Consumer Protection Act ("TCPA") are barred as a matter of law.

### Fifth

The Complaint should be dismissed for failure to comply with procedural requirements of M.G.L. Chapter 93A, and because Diversified engaged in no unfair or deceptive conduct.

### Sixth

Diversified has established and implemented, with due care, reasonable practices and procedures to prevent telephone solicitations in violation of the regulations implementing the Telephone Consumer Protection Act ("TCPA") and that any violations thereof by Diversified were inadvertent.

### Seventh

The complained of conduct was not was not violative of any of the cited statues and did not occur in the Commonwealth of Massachusetts.

### Eighth

The Plaintiff was not charged for the complained of telephone call(s).

### Ninth

The complained of telephone call(s) were made to residential land-based telephones.

<u>Tenth</u>

The Plaintiff has suffered no damages.

<u>Eleventh</u>

The Plaintiff consented to receiving the complained of telephone call(s) at the number to which the call(s) were made.

<u>Tenth</u>

The Complaint and all claims should be dismissed for all reasons provided in Diversified's Motion for Summary Judgment, which Diversified incorporates here.


For the foregoing reasons, the Defendant prays as follows:


DIVERSIFIED CONSULTANTS, INC.
By its attorneys,

Dated: December 30, 2013            /s/ John J. O'Connor
                                    John J. O'Connor
                                    BBO #555251
                                    PEABODY & ARNOLD LLP
                                    Federal Reserve Plaza
                                    600 Atlantic Avenue
                                    Boston, MA  02210-2261
                                    Telephone: (617) 951-2100
                                    joconnor@peabodyarnold.com

<u>CERTIFICATE OF SERVICE</u>

I, John J. O'Connor, do hereby certify, that I have, this 30th day of December, 2013, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Paul Jones
572 Park Street
Stoughton, MA  02072


/s/ John J O'Connor
John J. O'Connor


812761_1
15874-97276