UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                  Civil Action No.13-CV-11277

      V.

DIVERSIFIED CONSULTANT, INC

Defendants

### NOTICE OF SETTLEMENT

Now comes the Plaintiff (Paul Jones) to inform the court that the Defendant Diversified CONSULTANT, INC & Plaintiff has settled their differences outside of court. Plaintiff & Defendant will be filing a joint stipulation of dismissal in the near future.

Respectfully Submitted

Date: April 18, 2014

**Paul Jones** *(signature)*

**572 Park Street**

**Stoughton, Ma 02072**

**Pj22765@gmail.com**


DIVERSIFIED CONSULTANTS, INC.

By its attorneys,

John J. O'Connor

PEABODY & ARNOLD LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

Telephone: (617) 951-2100

joconnor@peabodyarnold.com

## CERTIFICATE OF SERVICE

I Paul Jones the plaintiff certify that I have emailed and mailed a copy to Diversified Consultants attorney of record on this 18th day of April 2014.

Respectfully Submitted

Date: April 18, 2014
Paul Jones
572 Park Street
Stoughton, Ma 02072
Pj22765@gmail.com


DIVERSIFIED CONSULTANTS, INC.

By its attorneys,

John J. O'Connor

PEABODY & ARNOLD LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

Telephone: (617) 951-2100

joconnor@peabodyarnold.com